

John R. Downey
E-mail: jdowney@rms-law.com
Phone: (860) 493-3432
Admitted: CT

One State Street  Hartford, CT 06103
*phone* 860.549.1000  *fax* 860.724.3921
www.romemcguigan.com

June 4, 2019

**VIA ECF**

Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Zsa Zsa Jewels, Inc. v. BMW of North America, LLC et. al
              Case No. 1:15-cv-06519-ILG-RLM

Dear Judge Glasser:

      By a pleading dated March 15, 2018, the Defendant BMW's Motion for Summary Judgment and Motion in Limine was filed with the Clerk (#86). By a pleading dated April 20, 2018, the Plaintiff, Zsa Zsa Jewels Inc., filed a Reply in Opposition to the BMW Motion for Summary Judgment and Sanctions (#90). The Plaintiff filed an additional submission, as of April 26, 2018 (#91). The Defendant filed a Supplemental Declaration (#92) and a Reply Memorandum of Law (#93), dated May 2, 2018.

      Over one year has passed since the last relevant document was filed in regard to the relevant Motion for Summary Judgment and Sanctions. The Plaintiff had asked for a hearing.

      It is respectfully requested that the Court consider this written request by the Plaintiff as to the status of a Decision on the relevant motions.

                                        Respectfully submitted,

                                        John R. Downey

cc:    Judge R. Mann
        Philip.semprevivo@lawbhs.com
        joseph.kim@lawbhs.com
        dtayar@tayarshuman.com