UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------x
ZSA ZSA JEWELS, INC.            :   CASE NO. 1:15-cv-6519-ILG-RLM
                                :
     *Plaintiff,*          :
                                :   **NOTICE OF APPEAL**
   v.                      :
                                :
BMW OF NORTH AMERICA, LLC       :
                                :
     *Defendant*           :   MAY 1, 2020
------------------------------------------------------x

Notice is hereby given that the plaintiff, Zsa Zsa Jewels, Inc., hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order entered on April 2, 2020 (Doc. 119).

        ZSA ZSA JEWELS, INC.
        By Its Attorneys,

        ROME MCGUIGAN, P.C.

BY:  /s/ Joseph B. Burns_____
        Joseph B. Burns, *Pro Hac Vice*
        Fed. Bar No. ct00403
        Rome McGuigan, P.C.
        One State Street
        Hartford, CT 06103
        Tel: (860)-549-1000
        Fax: (860)-724-3921
        Email:  jburns@rms-law.com

        TAYAR, SHUMAN & ASSOCIATES LLP
        David J. Tayar
        Will Shuman
        36 East 36th Street, Suite 1A
        New York, NY 10016
        Phone:  917-525-5156
        Email: dtayar@tayarshuman.com
        Email: wshuman@tayarshuman.com

        *Attorneys for Plaintiff*

## **CERTIFICATION**

      I hereby certify that on May 1, 2020, the foregoing Notice of Appeal was filed electronically and was served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent electronically to all registered E-filers in this case by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      /s/ Joseph B. Burns
      Joseph B. Burns

19500-1\MZ4271