

Joseph B. Burns
E-mail: jburns@rms-law.com
Phone: (860) 493-3410

One State Street   Hartford, CT 06103
*phone* 860.549.1000   *fax* 860.724.3921
www.romemcguigan.com

June 3, 2020

**VIA ECF**

Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Zsa Zsa Jewels, Inc. v. BMW of North America, LLC*
       Case No. 1:15-cv-06519-ILG-RLM

Dear Judge Glasser:

Pursuant to Section IV of the Your Honor's Individual Rules concerning motions practice, undersigned counsel for Plaintiff Zsa Zsa Jewels, Inc., is proposing the following briefing schedule concerning Plaintiff's Motion for Correction or Modification filed June 1, 2020 (Doc. 126).

Rather than respond to Plaintiff's inquiries as to when it would be filing its opposition to said motion, BMW of North America, LLC's counsel prepared and filed its opposition last night, June 2, 2020. *See* Defendant BMW of North America, LLC's opposition to Plaintiff Zsa Zsa Jewels, Inc.'s Motion for Correction or Modification (Doc. 127).

Therefore, Plaintiff proposes the following briefing schedule for your consideration and endorsement:
- Plaintiff's reply memorandum to be filed on or before Friday, June 5, 2020.

Thank you for your consideration.

Respectfully submitted,

Joseph B. Burns

JBB/exp

cc:   Counsel of Record via ECF
19500-1\MZ7379

So ordered.  6/3/2020

___/s/__ I. Leo Glasser, U.S.D.J.___