

Joseph B. Burns
E-mail: jburns@rms-law.com
Phone: (860) 493-3410

One State Street   Hartford, CT 06103
*phone* 860.549.1000   *fax* 860.724.3921
*www.romemcguigan.com*

July 9, 2020

**VIA ECF**

Judge I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Zsa Zsa Jewels, Inc. v. BMW of North America, LLC
              Case No. 1:15-cv-06519-ILG-RLM

Dear Judge Glasser:

      As counsel for Plaintiff Zsa Zsa Jewels, Inc., the undersigned contacted your Honor's Case Manager, Stanley Kessler, who provided several currently available dates for the scheduling of the trial in this matter. After reviewing the dates with co-counsel and our client, I then contacted counsel for defendant BMW of North America, LLC to determine their availability on the dates provided.

      Based on these discussions, the parties hereby request that trial be scheduled to commence on March 15, 2021.

      Thank you for your consideration.

Respectfully submitted,

Joseph B. Burns

JBB/exp

cc:    Counsel of Record via ECF

19500-1\N00917

So ordered.

___/s/   I. Leo Glasser___

7/10/2020