UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

ZSA ZSA JEWELS, INC.,

        Plaintiff,

   - against -

BMW OF NORTH AMERICA, LLC,

        Defendant.
----------------------------------X

15-CV-6519
(KAM)(RLM)

**VERDICT FORM**

1. Do you the jury unanimously find by a preponderance of the evidence that the Defendant's BMW X3 tire pressure monitor system was not reasonably safe in that it was defectively manufactured and/or defectively designed?

   ___✓___Yes  _____No

*If your answer to Question 1 is "No," proceed no further and the foreperson should sign the form at the end. If your answer to Question 1 is "Yes," you should continue and answer Question 2.*

2. If you answered "Yes" to Question 1, was the manufacturing defect and/or design defect a substantial factor in causing Plaintiff's damages?

   ___✓___Yes  _____No

*If your answer to Question 2 is "No," proceed no further and the foreperson should sign the form at the end. If your answer to Question 2 is "Yes," you should continue and answer Questions 3, 4 and 5.*

3. Were any of Plaintiff's claimed damages caused by Plaintiff, or its employees', misuse of Defendant's product?

   _____Yes  ___✓___No

4. Could the Plaintiff, or its employees, by the use of reasonable care, have realized and avoided the danger?

   _____Yes  ___✓___No

5. Could the Plaintiff, or its employees, by the use of reasonable care, have avoided the damages to Plaintiff?

   _____Yes  ___✓___No

*If your answers to each of Questions 3, 4 and 5 are "No," you should continue to Question 7. If your answer to **any***

2

of these questions is "Yes," you should continue and answer Question 6.

6. What is the percentage of responsibility chargeable to Defendant and what is the percentage of responsibility chargeable to Plaintiff?

   _____ Defendant %   _____ Plaintiff %

   *The numbers must add up to 100%. Please proceed to Question 7.*

7. What is the replacement cost as of November 6, 2013, the date of the incident, of the jewelry merchandise that Plaintiff has proven was contained in the BMW X3, if any?

   $ __450,000__

   *Continue to Question 8.*

8. Did the Plaintiff, or its employees, fail to mitigate its claimed damages?

   _____Yes   __✓__No

   *If you answered "Yes," to Question 8, continue to Question 9. If you answered "No," proceed no further and the foreperson should sign the form at the end.*

9. What percentage of Plaintiff's claimed damages is attributable to its or its employees' failure to mitigate?

   % _____

---

Jury Foreperson – Print Name: __Deidre Hoguet__
Jury Foreperson – Signature: __D Hoguet__
Date: __12/9/2022__

3